**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **JESSICA STEWART and JAIHA WILSON**<br>***Plaintiffs***<br><br>**V.**<br><br>**TYLER ER OPERATIONS, LLC, D/B/A HOSPITALITY HEALTH ER**<br>***Defendant*** | **CIVIL ACTION NO. 2:24-CV-00906** |

**TYLER ER OPERATIONS, LLC
D/B/A HOSPITALITY HEALTH ER'S
NOTICE OF COMPLIANCE**

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW,** Defendant Tyler ER Operations, LLC d/b/a Hospitality Health ER and hereby notifies the Court and all counsel of record that they served their Rule 26(a)(2) Expert Witness Disclosures to all parties via email on February 19, 2026.

Respectfully submitted,

**WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, L.L.P.**

J. Matt Rowan
State Bar No. 24033137
matt.rowan@wilsonelser.com
Cecilia G. Isenberg
State Bar No. 24077803
Cecilia.isenberg@wilsonelser.com

*Tyler Office:*
100 E. Ferguson, Suite 803
Tyler, Texas 75702

*Dallas Office:*
Santander Tower
1601 Elm Street, Suite 2600
Dallas, TX 75201
214.560.1054 (Direct)
903.705.2573 (Cell)
214.698.8000 (Main)
214.698.1101 (Fax)
Matt.Rowan@wilsonelser.com

**TYLER ER OPERATIONS, LLC, D/B/A HOSPITALITY HEALTH ER**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all known counsel of record, via www.efile-texas.gov, on February 19, 2026.

*/s/ J. Matt Rowan*
J. Matt Rowan